IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DEANDRE D. CURRINGTON, # 269990, | ) ) ) |
| Petitioner, | ) ) |
| v. | ) ) ) |
| JOHN CROW, warden, and STEVEN T. MARSHALL, Attorney General for the State of Alabama, | ) ) ) ) |
| Respondents. | ) ) |

CASE NO. 1:22-CV-475-WKW
[WO]

## **ORDER**

On November 16, 2022, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 32.) Upon an independent review of the record, it is ORDERED that the Recommendation is ADOPTED, that Petitioner's 28 U.S.C. § 2254 motion (Doc. # 1) is DENIED, that Petitioner's Motion Requesting Permission to Amend Documents as Evidence (Doc. # 5) is DENIED as moot, and that this action is DISMISSED without prejudice.

Final judgment will be entered separately.

DONE this 13th day of December, 2022.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE